JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRE MILANO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATURAL IMPACT INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No.: CV11-05644-ODW (AJWx) <br><br> **PERMANENT INJUNCTION AGAINST DEFENDANTS NATURAL IMPACT INTERNATIONAL, INC., SECURITY 20/20, INC., AND AMNON EVEN** |

The Court, pursuant to the Stipulation For Entry of Permanent Injunction ("Stipulation") and separate Confidential Settlement Agreement between Plaintiff TRE MILANO, LLC ("Plaintiff") on the one hand, and Defendants NATURAL IMPACT INTERNATIONAL, INC., SECURITY 20/20, INC., and AMNON EVEN ("Defendants"), on the other, hereby ORDERS, ADJUDICATES and

DECREES that a Permanent Injunction shall be and hereby is entered in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.**  Defendants and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   a. copying, manufacturing, importing, exporting, marketing, sale, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Plaintiff's InStyler® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's InStyler® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   b. performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, Plaintiff's InStyler® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

   c. engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

   d. using any Internet domain name or website that includes any Plaintiff's Trademarks and Copyrights, including the InStyler® marks.

2. Defendants are ordered to deliver immediately for destruction all unauthorized products, including counterfeit InStyler® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendants' possession.

3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

6. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED.

February 7, 2012

_____
HON. OTIS D. WRIGHT II
United States District Judge

- 3 -
**[PROPOSED] PERMANENT INJUNCTION**